IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18-CV-502 |
| vs. | |
| JOHN KAILATH PROPERTIES LLC, | ORDER |
| Defendant. | |

In its February 5, 2020 order (filing 20), the Court directed the parties to file dismissal papers on or before March 6, 2020. The parties were expressly informed that absent compliance with that order, the case could be dismissed without further notice. Filing 20. No dismissal papers were filed.

Nonetheless, as a courtesy, the Court reminded the parties by email on March 17, 2020, that the deadline had passed, and asked them to comply with the February 5 order or request an extension for doing so. The Court received no reply. So, on March 30, the Court again reminded the parties that they needed to either submit their dismissal papers or request an extension—and advised them that the Court was "prepared to dismiss the case on or after April 6, 2020, with no further notice to counsel." Again, the Court received no reply.

The parties' failure to comply with the Court's order, or even to respond to the Court's attempts to communicate with them, have exhausted the Court's patience. Accordingly,

IT IS ORDERED:

1. This case is dismissed.

2. A separate judgment will be entered.

Dated this 7th day of April, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge